AO 93 (Rev. 11/13) Search and Seizure Warrant                    AUSA John Pavletic, (312) 697-4088

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Matter of the Search of:                    Case No. 25 M 532

the USPS Priority Mail package bearing tracking number 9505 5141 0128 5233 9077 67, further described in Attachment A

## SEARCH AND SEIZURE WARRANT

To: Thomas McKeown and any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Northern District of Illinois:

**See Attachment A**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

**See Attachment B**

**YOU ARE HEREBY COMMANDED** to execute this warrant on or before September 11, 2025 in the daytime (6:00 a.m. to 10:00 p.m.).

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the issuing United States Magistrate Judge.

Date and time issued: August 28, 2025  11:51 a.m.                    _[signed]_
                                                                                                *Judge's signature*

City and State: Chicago, Illinois                    DANIEL P. McLAUGHLIN
                                                                          U.S. Magistrate Judge
                                                                          *Printed name and title*

AO 93 (Rev. 11/13)  Search and Seizure Warrant (Page 2)

# Return

| Case No: | Date and Time Warrant Executed: | Copy of Warrant and Inventory Left With: |
|---|---|---|
| 25 M 532 | 08/28/2025 @ 1:27 PM | USPS |

Inventory made in the presence of:

PI McKeown and TFO Zoldak

Inventory of the property taken and name of any person(s) seized:

- USPS Priority Mail 9505 5141 0128 5233 9077 76
- Bubble wrap
- "Mainstays 5-Cup Coffee Maker" box
- Brown cardboard and plastic wrap
- Black "Mainstays 5-Cup Coffee Maker"
- Bundle consisting of nuermous layers of bubble wrap, saran wrap, paper towels, and rice bag
- Plastic bag containing a white powder substance that field-tested positive for the presence of fentanyl.
    - Total approximate gross weight of 306.8 grams

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: August 28, 2025

*Executing officer's signature*

Thomas McKeown; Postal Inspector
*Printed name and title*